# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| **SABLE NETWORKS, INC.** and **SABLE IP, LLC,** § § § | |
| Plaintiffs, § | |
| § | **CIVIL ACTION NO. 5:20-CV-00109- RWS** |
| vs. § | |
| § | **LEAD CASE** |
| **FORTINET, INC.,** § § | |
| Defendant. § | |

| | |
|---|---|
| **SABLE NETWORKS, INC.** and **SABLE IP, LLC,** § § § | |
| Plaintiffs, § | |
| § | **CIVIL ACTION NO. 5:20-CV-00111- RWS** |
| vs. § | |
| § | **LEAD CASE** |
| **PALO ALTO NETWORKS, INC.,** § § | |
| Defendant. § | |

| | |
|---|---|
| **SABLE NETWORKS, INC.** and **SABLE IP, LLC,** § § § | |
| Plaintiffs, § | |
| § | **CIVIL ACTION NO. 5:20-CV-00120- RWS** |
| vs. § | |
| § | **LEAD CASE** |
| **HEWLETT PACKARD ENTERPRISE COMPANY, ARUBA NETWORKS, INC.,** § § § | |
| Defendants. | |

### JOINT MOTION FOR ENTRY OF PROPOSED AGREED DOCKET CONTROL ORDER

COME NOW, Plaintiffs Sable Networks, Inc. and Sable IP, LLC and Defendants Fortinet, Inc., Palo Alto Networks, Inc., Hewlett Packard Enterprise Company, and Aruba Networks, Inc. (collectively, "the parties") and hereby request the Court enter the attached agreed proposed Docket Control Order.

Dated:  September 29, 2020

Respectfully submitted,

/s/  Daniel P. Hipskind
Dorian S. Berger (CA SB No. 264424)
Daniel P. Hipskind (CA SB No. 266763)
BERGER & HIPSKIND LLP
9538 Brighton Way, Ste. 320
Beverly Hills, CA 90210
Telephone: 323-886-3430
Facsimile: 323-978-5508
E-mail: dsb@bergerhipskind.com
E-mail: dph@bergerhipskind.com

Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
E-mail: ederieux@capshawlaw.com

*Attorneys for Sable Networks, Inc. and Sable IP, LLC*

 /s/ Melissa R. Smith
Melissa R. Smith
State Bar No. 24001351
Email: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue

Case 5:20-cv-00109-RWS   Document 29   Filed 09/29/20   Page 3 of 4 PageID #:  342

Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Matthew C. Gaudet
mcgaudet@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
DUANE MORRIS LLP
1075 Peachtree NE, Suite 2000
Atlanta, GA 30309
Telephone: 404.253.6900
Facsimile: 404.253.6901

Kevin P. Anderson
kpanderson@duanemorris.com
DUANE MORRIS LLP
505 9th Street, N.W.
Washington, DC 20004
Telephone: 202.776.7800
Facsimile: 202.776.7801
Counsel for Defendant Fortinet, Inc.

By: */s/ Michelle L. Marriott*
Mark C. Lang
Michelle L. Marriott
ERISE IP, P.A.
7015 College Blvd., Suite 700
Overland Park, Kansas 66211
(913) 777-5600 Telephone
(913) 777-5601 Facsimile
mark.lang@eriseip.com
michelle.marriott@eriseip.com
Attorneys for Defendant Palo Alto Networks, Inc.

By: */s/ J. Randy Roeser*
Erin Gibson
California Bar No. 229305
Tiffany Miller
California Bar No. 246987
David R. Knudson
Calfironia Bar No. 265461
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101

Page **3** of **4**

Tel: 619.699.2700
Fax: 619.699.2701

Christian Chessman
California Bar No. 325083
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

J. Randy Roeser
Texas Bar No. 24089377
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: rroeser@haltomdoan.com

ATTORNEY FOR DEFENDANTS HEWLETT PACKARD ENTERPRISE COMPANY and ARUBA NETWORKS, INC.