# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| SABLE NETWORKS, INC. and SABLE IP, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> FORTINET, INC., <br><br> Defendant. | Case No. 5:20-cv-00109-RWS <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiffs Sable Networks, Inc. and Sable IP, LLC and Defendant Fortinet, Inc. (collectively, the "Parties") file this Joint Motion to Stay All Deadlines and Notice of Settlement. The Parties hereby notify the Court that all matters related to the case between the parties have been resolved in principle. The general terms and amount of the settlement are reflected in the e-mail exchange filed under seal herewith as Exhibit A. The parties request that the Court stay all unreached case deadlines applicable between the Parties for thirty (30) days so the appropriate dismissal papers may be submitted to dismiss all claims between them in this action. The parties further stipulate that if any issues arise in formalizing the settlement papers, they agree to submit such issues to the Court for final resolution.

Dated:  January 6, 2021                                  Respectfully submitted

                                                  By: */s/ Daniel P. Hipskind*
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 235-2833
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

Dorian S. Berger (CA SB No. 264424)
Daniel P. Hipskind (CA SB No. 266763)
BERGER & HIPSKIND LLP
9538 Brighton Way, Ste. 320
Beverley Hills, CA 90210
Telephone: (323) 886-3430
Facsimile: (323) 978-5508
Email: dsb@bergerhipskind.com
Email: dph@bergerhipskind.com

*Counsel for Plaintiffs Sable Networks, Inc. and Sable IP, LLC*

*/s/ Alice E. Snedeker*
Melissa R. Smith
State Bar No. 24001351
Email: melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Matthew C. Gaudet
mcgaudet@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
DUANE MORRIS LLP
1075 Peachtree NE, Suite 2000
Atlanta, GA 30309
Telephone: 404.253.6900
Facsimile: 404.253.6901

>Kevin P. Anderson
>kpanderson@duanemorris.com
>DUANE MORRIS LLP
>505 9th Street, N.W.
>Washington, DC 20004
>Telephone: 202.776.7800
>Facsimile: 202.776.7801
>
>*Counsel for Defendant Fortinet, Inc.*

## CERTIFICATE OF CONFERENCE

I hereby certify that Counsel for Plaintiffs and Counsel for Defendant have complied with the meet and confer requirement in Local Rule CV-7(h) regarding this Motion. The relief requested in this motion is joint.

Dated:  January 6, 2021                             */s/ Daniel P. Hipskind*
                                                                          Daniel P. Hipskind