## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| SABLE NETWORKS, INC.,  SABLE IP, LLC, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO.  5:20-CV-00109-RWS** |
| Plaintiffs, | | |
| v. | | |
| FORTINET, INC., | | |
| Defendant. | | |

## ORDER

Before the Court is Plaintiffs Sable Networks, Inc. and Sable IP, LLC and Defendant Fortinet, Inc.'s Agreed Motion to Dismiss with Prejudice (Docket No. 63).  The Court, having considered the motion, is of the opinion that it should be and hereby is **GRANTED** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  It is therefore

**ORDERED** that Sable's claims in this action against Fortinet are **DISMISSED WITH PREJUDICE**.  Each party shall bear its own costs and attorneys' fees.

So ORDERED and SIGNED this 26th day of January, 2021.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE